

2012-03179  FOIA
⊕  CPW
FBI

August 16, 2012

**VIA CERTIFIED MAIL & FACSIMILE**

Melanie Ann Pustay, Director
Office of Information Policy
U.S. Department of Justice
1425 New York Avenue, N.W., Suite 11050
Washington, D.C. 20530
Fax: (202) 514-1009

RECEIVED

AUG 2 1 2012

Office of Information Policy

**Re: FREEDOM OF INFORMATION ACT APPEAL (Request No. 1190616-000)**

Dear Ms. Pustay:

On June 1, 2011, Judicial Watch, Inc. ("Judicial Watch") filed a Freedom of Information Act ("FOIA") request with the Federal Bureau of Investigation ("FBI") requesting the following records:

1. Records of any and all FBI interviews with Barack Obama concerning or relating to Rod Blagojevich, including but not limited to notes, summaries, and recordings of the interview.
2. Records of any and all FBI interviews with Rahm Emanuel concerning or relating to Rod Blagojevich, including but not limited to notes, summaries, and recordings of the interview.
3. Records of any and all FBI interviews with Valerie Jarrett concerning or relating to Rod Blagojevich, including but not limited to notes, summaries, and recordings of the interview.
4. All records concerning or relating to any of the aforementioned interviews with Barack Obama, Rahm Emanuel, or Valerie Jarrett.

On June 18, 2012, David M. Hardy, Section Chief of the Record/Information Dissemination Section, responded:

> The material you requested is located in an investigative file which is exempt from disclosure pursuant to 5 U.S.C. § 552(b)(7)(A)....In applying this exemption, I have determined that the records responsive to your request are law enforcement records; that there is a pending or prospective law enforcement proceeding relevant to these responsive records; and that release of the information contained in these responsive records could reasonably be expected to interfere with the enforcement proceedings.

DOJ Office of Information Policy
FOIA Appeal
August 16, 2012
Page 2 of 2

Judicial Watch respectfully appeals Mr. Hardy's response.

First, FBI has not shown that the release of the requested records could reasonably be expected to cause some articulable harm. DOJ Guide: 7A. For FBI to properly assert Exemption 7A, it must show actual evidence, by more than a conclusory statement, how the release of the requested records will cause harm to a pending or prospective law enforcement proceeding. *Id.* FBI has not satisfied its burden in demonstrating that all withheld records will cause articulable harm and consequently has erred in its determination.

Second, FOIA requires that any reasonably segregable portion of a responsive record must be released. Courts in recent years have enforced strict adherence to this requirement, placing the burden on the agency to demonstrate the necessity of withholding records in full. For instance, in *Army Times Pub Co. v. Department of the Air Force*, 998 F.2d 1067 (D.C. Cir. 1993), the D.C. Circuit Court of Appeals emphasized that the defendant agency "has the burden of demonstrating that no reasonably segregable information exists within the documents withheld." 998 F.2d at 1068. FBI has not met this burden with its withholding of all records in their entirety.

Judicial Watch therefore respectfully appeals FBI's June 18, 2012, determination and requests that the FBI re-examine its claim of exemption and provide Judicial Watch with all segregable, non-exempt material. If you have any questions about this appeal, or if you feel you require clarification, please contact me immediately at 202-646-5172 or mkownacki@judicialwatch.org.

Sincerely,

Matthew Kownacki
Judicial Watch, Inc.

Enclosures