# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 17-5283**  **September Term, 2017**

**1:16-cv-01888-RMC**

**Filed On: June 22, 2018** [1737308]

Judicial Watch, Inc.,

    Appellant

  v.

United States Department of Justice,

    Appellee

## M A N D A T E

In accordance with the order of June 22, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

BY:    /s/
          Robert J. Cavello
          Deputy Clerk

Link to the order filed June 22, 2018