# United States Court of Appeals
### For The District of Columbia Circuit

**No. 19-5218**  **September Term, 2019**

1:16-cv-01888-RMC

**Filed On: June 9, 2020** [1846384]

Judicial Watch, Inc.,

    Appellant

  v.

United States Department of Justice,

    Appellee

### M A N D A T E

In accordance with the judgment of April 17, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

Link to the judgment filed April 17, 2020